IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § |
| | § Case No. 24-32044-H3-13 |
| **KATHERINE HIGGINS** | § (Chapter 13) |
| | § |
| Debtor. | § |

## MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7 CASE

1. This motion is filed by the Debtor.

2. Pursuant to 11 U.S.C. § 1307(a), the Debtor may convert this case to a case under chapter 7 "at any time."

3. The Debtor elects to convert this case to a case under chapter 7 effective immediately.

4. The Debtor seeks an order to terminate any wage orders in effect.

August 8, 2024

/s/Reese W. Baker
**Reese W. Baker**
**Texas Bar No. 01587700**
Sonya Kapp
TX Bar No. 11095395
Nikie Marie Lopez-Pagan
TX Bar No. 24090233
Baker & Associates
950 Echo Lane, Suite 200
Houston, Texas 77024
713-869-9200
713-869-9100 (fax)
ATTORNEYS FOR DEBTOR

## **CERTIFICATE OF SERVICE**

I certify that on or about August 8, 2024, I caused a copy of the forgoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

I further certify that on August 9, 2024, I caused a copy of the following described documents to be served to all parties listed on the attached Mailing Matrix by U.S Mail, Postage Prepaid. Documents served were (1) Motion to Convert Chapter 13 Case to Chapter 7 Case, (2) Proposed Order on Motion to Convert Chapter 13 Case to Chapter 7 Case, and (3) Mailing Matrix.

/s/Reese W. Baker
**Reese W. Baker**