**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-32044-H3-13** |
| **KATHERINE HIGGINS** | § | **(Chapter 13)** |
| | § | |
| **Debtor.** | § | |

**ORDER GRANTING DEBTOR'S MOTION TO**
**CONVERT CHAPTER 13 CASE TO CHAPTER 7 CASE**

1.      Any wage order or electronic payment order is terminated.

2.      This case is converted to a case under chapter 7, with the conversion effective immediately.

DATE SIGNED_____.

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

Submitted By:
Reese W. Baker
Baker & Associates
950 Echo Lane, Suite 300
Houston, Texas 77024
Counsel for Debtor

Southern District of Texas Chapter 13 Plan Form, Paragraph 22 (Last Revised on August 8, 2023)