# FIRST AMENDED WITNESS AND EXHIBIT LIST[1]
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| Main Case No: | 24-32044 |
| Name of Debtor: | **KATHERINE MARIE HIGGINS** |
| Adversary Case No: | |
| Style of Adversary: | |

| Does this amend or supplement a previously filed Witness & Exhibit List? If so, state the date and CM/ECF No. of such previous filing. | Yes | No |
|---|---|---|
| | | X |
| | Date | CM/ECF No. |
| | | |
| | | |

| | |
|---|---|
| Hearing/Trial Date: | June 2, 2025 |
| Hearing Time: | 10:00 a.m. |
| Party's Name: | |
| Attorney's Name: | |
| Attorney's Phone: | |

| Nature of Proceeding(s): | CM/ECF No. | Matter |
|---|---|---|
| | | Marie Duncan Earthman's Application to Recover Sanctions Awarded Against Reese W. Baker. Dkt. No. 194. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

---

[1] This Amended Witness and Exhibit List is being filed only to correctly list Amy Parker Beeson and Barnet B. Skelton as "expert witnesses." In the original list, they were inadvertently designated as "Lay Witnesses." There are no other changes.

2860803

| WITNESS LIST | |
|---|---|
| **Lay Witnesses:** | |
| | Any witness designated by another party |
| | |
| | |
| **Expert Witnesses:** | Amy Parker Beeson |
| | Barnet B. Skelton |
| | |

| REBUTTAL/ IMPEACHMENT WITNESSES | |
|---|---|
| **Lay Witnesses:** | Any witness necessary for rebuttal |
| | |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |
| | |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| 1. | Amended Declaration of Amy Parker Beeson in Support of Marie Duncan Earthman's Application to Recover Sanctions Awarded Against Reese W. Baker | | | |
| 2. | Amended Declaration of Barnet B. Skelton in Support of Marie Duncan Earthman's Application to Recover Sanctions Awarded Against Reese W. Baker and Exhibit 1 thereto. | | | |
| 3. | Biographies of Amy Parker Beeson and Jake McClellan | | | |
| 4. | Barnet B. Skelton CV | | | |
| 5. | All Exhibits Listed by another party | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |

Dated: June 2, 2025

Respectfully submitted,

**BECK REDDEN LLP**

By:*/s/Amy Parker Beeson*
Amy Parker Beeson
**Attorney in Charge**
State Bar No. 24051156
Federal Bar No. 626178
abeeson@beckredden.com
M. Jake McClellan
State Bar No. 24109525
Federal Bar No. 33344477
jmcclellan@beckredden.com
1221 McKinney, Suite 4500
Houston, Texas 77010
Phone: (713) 951-3700
Fax:   (713) 951-3730

2860803

**BARNET B. SKELTON, JR.**
By:*/s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
State Bar No. 18456400
Federal Bar No. 87023
815 Walker, Suite 1502
Houston, TX 77002
Telephone: (713) 659-8761
Cell: (713) 516-7450
Facsimile: (713) 659-8764
Email: barnetbjr@msn.com

**ATTORNEYS FOR PLAINTIFF
MARIE DUNCAN EARTHMAN**

## CERTIFICATE OF SERVICE

    I hereby certify that on June 2, 2025, a true and correct copy of the foregoing was served on the Debtor, Debtor's counsel, the Trustee, and all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

    */s/ Amy Parker Beeson*