# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-32044 |
| | § | |
| KATHERINE MARIE HIGGINS, | § | CHAPTER 7 |
| Debtor | § | |

**AMENDED DECLARATION OF AMY PARKER BEESON
IN SUPPORT OF MARIE DUNCAN EARTHMAN'S APPLICATION TO RECOVER
<u>SANCTIONS AWARDED AGAINST REESE W. BAKER</u>**

My name is Amy Parker Beeson. I am more than eighteen years of age. I am of sound mind and competent to make this Declaration. I have personal knowledge of the facts stated herein, and I can attest that they are true and correct.

1. I am an attorney at the law firm of Beck Redden LLP, located at 1221 McKinney Street, Suite 4500, Houston, Texas 77010. I am lead counsel for Marie Duncan Earthman in the above captioned matter. I am submitting this declaration in support of Marie Duncan Earthman's Application to Recover Sanctions Awarded Against Reese W. Baker (the "Fee Application").

2. I have been admitted to practice law in the State of Texas since 2005 and have practiced exclusively in Texas since my admission. A copy of my firm biography, which further sets forth my qualifications, is attached as **Exhibit C** to the Fee Application. My practice concentrates on general civil and commercial litigation. I am familiar with the billing rates and practices for attorneys in and around the Houston area and as a more general matter, I am familiar with the normal and customary charges for attorneys' fees in actions similar to the above-captioned matter by attorneys of comparable expertise and experience.

3. I am the attorney in charge of the above-captioned matter at Beck Redden. I engaged my colleague M. Jake McClellan to assist in the representation. Mr. McClellan has been admitted to practice law in Texas since 2018 and similarly focuses his practice on general civil

2839692

and commercial litigation. Mr. McClellan's biography, which sets forth his qualifications, is included within **Exhibit C** to the Fee Application. Mr. McClellan and I are the primary timekeepers on this matter. My standard hourly rate is $720 per hour and Mr. McClellan's rate is $595 per hour. Beck Redden is billing Ms. Earthman for time spent on this matter at a discounted rate of $550 per hour for my time and $410 per hour for Mr. McClellan's time. Beck Redden is also providing a 15% courtesy discount on all fees. My and Mr. McClellan's standard hourly rates are reasonable, usual and customary for similar legal services provided by comparably skilled practitioners in Houston, Texas. Thus, the discounted rates charged in this matter are likewise reasonable, usual and customary for similar legal services provided in Houston, Texas.

4. The following is a true and correct record of all fees billed to Ms. Earthman for time expended in connection with pursing her Motion to Compel Production of Documents from Alice Whiting Pursuant to Rule 2004 Examination Notice and for Sanctions ("Motion to Compel") [Dkt. No. 108] through March 27, 2025. The time entries reflected were made or kept by Beck Redden LLP in the regular course of business, and it is the regular practice for an employee or representative of Beck Redden with knowledge of the matters set forth to create these records at or near the time of the work conducted. I have reviewed the records and determined that the hours spent and the rates charged for such work were reasonable and necessary.

| Date | Timekeeper | Time | Rate | Amount Charged | Time Description |
|---|---|---|---|---|---|
| 11/20/2024 | APB | 4 | $550 | $2,200.00 | Attention to documents produced on behalf of A. Whiting; review objections served in connection with same; related email communication with B. Skelton and R. Baker; draft motion to compel and for sanctions against A. Whiting. |

2839692

| Date | Timekeeper | Time | Rate | Amount Charged | Time Description |
|---|---|---|---|---|---|
| 11/21/2024 | APB | 5.5 | $550 | $3,025.00 | Finalize motion to compel against A. Whiting; review A. Whiting amended objections; email correspondence with R. Baker regarding same. |
| 12/12/2024 | MJM | 6 | $410 | $2,460.00 | Prepare reply in support of motion to compel; conference with A. Beeson regarding same; review and revise same based on A. Beeson comments; telephone conference with B. Skelton regarding same. |
| 12/12/2024 | APB | 1.5 | $550 | $825.00 | Edit and revise draft reply in support of motion to compel 2004 discovery from A. Whiting and motion to strike her response; email communication with J. McClellan to direct drafting and revisions to same. |
| 12/13/2024 | APB | 0.3 | $550 | $165.00 | Attention to email communication from J. McClellan regarding response to motion for sanctions and related motion to compel discovery from A. Whiting. |
| 12/13/2024 | MJM | 2.2 | $410 | $902.00 | Review and revise reply; prepare declaration, exhibits, and proposed orders for same; lengthy telephone conference with R. Baker regarding same; conference with A. Beeson regarding same. |
| 12/16/2024 | APB | 0.3 | $550 | $165.00 | Attention to email communication from R. Baker regarding A. Whiting production of documents and Rule 2004 examination. |
| 12/20/2024 | APB | 0.3 | $550 | $165.00 | Draft and serve notice of hearing on motion to compel documents from A. Whiting and serve notice on R. Baker. |
| 12/28/2024 | APB | 2.8 | $550 | $1,540.00 | Edit and revise draft response to motion for sanctions and reply in support of motion to compel documents from A. Whiting. |

3

2839692

4

| Date | Timekeeper | Time | Rate | Amount Charged | Time Description |
|---|---|---|---|---|---|
| 12/29/2024 | APB | 0.4 | $550 | $220.00 | Telephone conference and email communication with B. Skelton regarding draft response to motion for sanctions and reply in support of motion to compel discovery from A. Whiting. |
| 12/30/2024 | APB | 0.4 | $550 | $220.00 | Work with J. McClellan to finalize and file response to motion for sanctions and reply in support of motion to compel discovery from A. Whiting. |
| 1/7/2025 | APB | 0.2 | $550 | $110.00 | Begin compiling exhibits for A. Whiting Motion to Compel hearing. |
| 1/8/2025 | APB | 1.3 | $550 | $715.00 | Review text messages produced this morning by A. Whiting; telephone conference with B. Skelton regarding same; update exhibit list for A. Whiting Motion to Compel to finalize for filing deadline; email communication with R. Baker regarding status of A. Whiting production |
| 1/9/2025 | APB | 0.4 | $550 | $220.00 | Confer with R. Baker and B. Skelton relating to request for continuance of hearing on Motion to Compel documents from A. Whiting. |
| 1/24/2025 | APB | 1.3 | $550 | $715.00 | Attention to order granting motion to compel against A. Whiting; begin preparing fee application in connection with same; conference with B. Skelton regarding same. |
| 1/25/2025 | APB | 2.5 | $550 | $1,375.00 | Draft fee application and related declaration to recover fees from A. Whiting pursuant to the Court's order. |

2839692

| Date | Timekeeper | Time | Rate | Amount Charged | Time Description |
|---|---|---|---|---|---|
| 1/27/2025 | APB | 1.7 | $550 | $935.00 | Email communication with C. Carollo to respond to her request to confer on motion to reconsider the court's ruling on motion to compel from A. Whiting; conferences with B. Skelton regarding his discussion with C. Carollo; research related to withdrawal and substitution of counsel; draft email to C. Carollo and R. Baker regarding same and confer with B. Skelton regarding same. |
| 1/28/2025 | APB | 2.1 | $550 | $1,155.00 | Review and analyze A. Whiting emergency motion to reconsider; confer with B. Skelton regarding same. |
| 1/29/2025 | APB | 6.6 | $550 | $3,630.00 | Attention to notice of order setting hearing on A. Whiting motion to reconsider; telephone conference with the Court regarding status of January 24 Order and conference with B. Skelton regarding same; draft response to motion to reconsider and renewed motion to strike same. |
| 1/30/2025 | APB | 2.5 | $550 | $1,375.00 | Continue work to finalize response to A. Whiting motion to reconsider; draft proposed order; confer with B. Skelton regarding same. |
| 2/4/2025 | APB | 0.2 | $550 | $110.00 | Draft certificate of service to notice hearing on motion to strike A. Whiting motion to reconsider. |
| 2/6/2025 | APB | 3.10 | $550 | $1,705.00 | Edit and revise draft motion to strike and in the alternative response to A. Whiting Amended Motion to Reconsider the Court's January 24, 2025 Order; place telephone calls to R. Baker and C. Carollo to confer on same; telephone conference with C. Carollo; finalize draft, all related exhibits, declaration and proposed orders for filing. |

5

2839692

| Date | Timekeeper | Time | Rate | Amount Charged | Time Description |
|---|---|---|---|---|---|
| 2/19/2025 | APB | 1.8 | $550 | $990.00 | Prepare for Monday's hearing on A. Whiting motion to reconsider and M. Earthman motion to strike; prepare draft witness and exhibit list. |
| 2/20/2025 | APB | 0.6 | $550 | $330.00 | Telephone conference with B. Skelton regarding upcoming hearing on A. Whiting motion to reconsider; finalize witness and exhibit list for filing and service. |
| 2/22/2025 | APB | 2.10 | $550 | $1,155.00 | Prepare for hearing on A. Whiting motion to reconsider. |
| 2/23/2025 | APB | 1.8 | $550 | $990.00 | Review A. Whiting response to motion to strike; continue preparing for hearing on A. Whiting motion to reconsider. |
| 2/24/2025 | APB | 2.5 | $550 | $1,375.00 | Finalize preparations for and participate in hearing on A. Whiting motion to reconsider; follow up discussions with B. Skelton and M. Earthman; attention to Court order setting hearing on motion to compel and motion for sanctions; follow up email communication with C. Carollo. |
| 2/25/2025 | MJM | 0.5 | $410 | $205.00 | Conference with A. Beeson regarding motion to compel hearing and next steps; begin analysis of requirements for subpoena to R. Baker. |
| 2/25/2025 | APB | 0.5 | $550 | $275.00 | Telephone conference with C. Carollo regarding pending motion to compel discovery from A. Whiting. |
| 2/26/2025 | MJM | 1.9 | $410 | $779.00 | Conference with A. Beeson regarding subpoena; review and comment on motion to strike; prepare subpoena and document request. |
| 2/26/2025 | APB | 0.3 | $550 | $165.00 | Work with J. McClellan to prepare subpoena to compel R. Baker appearance at hearing on motion to compel discovery from A. Whiting. |

2839692

| Date | Timekeeper | Time | Rate | Amount Charged | Time Description |
|---|---|---|---|---|---|
| 2/27/2025 | MJM | 1.3 | $410 | $533.00 | Continue review rules and procedures regarding subpoena for electronic testimony. |
| 2/28/2025 | MJM | 0.5 | $410 | $205.00 | Review supplemental response to motion to compel and motion for protection; review previous filings for A. Whiting declaration; telephone conference with A. Beeson regarding same. |
| 2/28/2025 | APB | 0.9 | $550 | $495.00 | Telephone conferences with J. McClellan regarding R. Baker subpoena and review associated draft; email communication with B. Skelton regarding procedural issues related to compelling R. Baker testimony. |
| 3/3/2025 | MJM | 1.3 | 410 | $533.00 | Review local rules regarding notice of intent to introduce testimony by electronic means and additional authorities regarding same; prepare notice of testimony; conference with A. Beeson regarding same. |
| 3/3/2025 | APB | 1 | 550 | $550.00 | Work with J. McClellan to finalize subpoena to R. Baker and associated notice of intent to introduce testimony by electronic means; draft email to C. Carollo regarding A. Whiting Motion for Protective Order and related matters. |
| 3/5/2025 | MJM | 1.9 | 410 | $779.00 | Review relevant authorities regarding a lawyer's apparent authority in connection with acceptance of documents and prepare analysis for A. Beeson regarding same. |
| 3/6/2025 | MJM | 0.2 | 410 | $82.00 | Review correspondence from Court regarding electronic hearing and witness testimony at motion to compel hearing; conference with A. Beeson regarding same. |
| 3/6/2025 | APB | 0.3 | 550 | $165.00 | Email communication with B. Skelton regarding Whiting motion to compel. |

7

2839692

| Date | Timekeeper | Time | Rate | Amount Charged | Time Description |
|---|---|---|---|---|---|
| 3/7/2025 | APB | 1.6 | 550 | $880.00 | Work with J. McClellan to subpoena R. Baker appearance at hearing on motion for sanctions and motion to compel; email communication with R. Baker and C. Carollo regarding same. |
| 3/7/2025 | MJM | 2.3 | 410 | $943.00 | Prepare notice and subpoena duces tecum to R. Baker in connection with motion to compel hearings; discuss location of attendance; confirm no objections to notice of testimony; discuss upcoming strategy on motion to compel hearing with A. Beeson. |
| 3/11/2025 | MJM | 0.6 | 410 | $246.00 | Conference with A. Beeson regarding Mr. Baker's refusal to accept service and coordinate service; review correspondence regarding potential resolution of motion for protection; review local rules regarding hearing notice and response date. |
| 3/11/2025 | APB | 4.8 | 550 | $2,640.00 | Telephone conference with R. Baker regarding service of subpoena to compel his testimony at the hearing on M. Earthman motion for sanctions and related follow up; attention to order setting hearing on A. Whiting motion for protection; follow up email communication with C. Carollo to seek agreed continuance of same; draft agreed motion for continuance, obtain agreement from C. Carollo and finalize for filing; review email communication from C. Carollo proposing resolution of motion to compel. |
| 3/12/2025 | APB | 0.7 | 550 | $385.00 | Follow up with J. McClellan and R. Baker regarding service of subpoena to testify at hearing on motion for sanctions. |

8

2839692

| Date | Timekeeper | Time | Rate | Amount Charged | Time Description |
|---|---|---|---|---|---|
| 3/12/2025 | MJM | 0.2 | 410 | $82.00 | Review correspondence regarding process server attempts to serve Mr. Baker in connection with motion to compel hearing and discuss next steps with A. Beeson. |
| 3/14/2025 | MJM | 1.1 | 410 | $451.00 | Work on response to motion for protection; review documents and correspondence regarding same. |
| 3/17/2025 | MJM | 4.9 | 410 | $2,009.00 | Prepare reply in support of motion to compel; conference with A. Beeson regarding same. |
| 3/17/2025 | APB | 0.7 | 550 | $385.00 | Conferences with J. McClellan regarding strategy for upcoming hearing in K. Higgins bankruptcy matter related to discovery being sought from A. Whiting; attention to notice from the Court resetting hearing. |
| 3/18/2025 | APB | 1.4 | 550 | $770.00 | Draft amended notice of subpoena to R. Baker and draft emails to R. Baker to provide service of amended notices of hearing issued by the Court; telephone conferences with B. Skelton regarding upcoming hearing and related strategy. |
| 3/18/2025 | MJM | 0.3 | 410 | $123.00 | Review and finalize amended notice of subpoena to R. Baker. |
| 3/19/2025 | APB | 0.2 | 550 | $110.00 | Attention to service of amended notice of subpoena to R. Baker. |
| 3/21/2025 | MJM | 1.2 | 410 | $492.00 | Review local rules regarding exhibit and witness lists; gather and review documents and prepare exhibit list for motion to compel hearing. |
| 3/23/2025 | APB | 1 | 550 | $550.00 | Email communication with B. Skelton regarding status of negotiations to resolve A. Whiting motion to compel; follow up with C. Carollo regarding same; edit and revise draft reply in support of motion to compel and for sanctions and circulate to B. Skelton. |

9

2839692

| Date | Timekeeper | Time | Rate | Amount Charged | Time Description |
|---|---|---|---|---|---|
| 3/24/2025 | APB | 2.1 | 550 | $1,155.00 | Attention to email communication from C. Carollo regarding motion to compel and motion for sanctions; telephone conference with M. Earthman and follow up email communication with C. Carollo regarding same; edit and revise draft stipulation to memorialize resolution. |
| 3/24/2025 | MJM | 4.6 | 410 | $1,886.00 | Prepare exhibit list for upcoming hearing; review documents and previous briefing; work on outline cross examination outlines for same. |
| 3/25/2025 | MJM | 5.9 | 410 | $2,419.00 | Review, revise, and finalize exhibits lists for upcoming hearings; review documents and work on examination outlines for hearing (5.5); meet with A. Beeson to discuss hearing and next steps (0.4). |
| 3/25/2025 | APB | 1.3 | 550 | $715.00 | Edit and revise exhibit list for hearing on motion to compel and motion for sanctions; email communication with J. McClellan regarding same; internal meeting with J. McClellan to develop strategy for hearing on motion to compel and motion for sanctions. |
| 3/26/2025 | APB | 2 | 550 | $1,100.00 | Internal conferences with J. McClellan and T. Ford regarding hearing on motion for sanctions and strategy related to same. |
| 3/26/2025 | MJM | 6.9 | 410 | $2,829.00 | Continue preparing witness and argument outlines and reviewing documents to prepare for hearing on motion for sanctions. |
| 3/27/2025 | MJM | 5.8 | 410 | $2,378.00 | Continue hearing preparation; conduct hearing on motion for sanctions; discuss next steps with A. Beeson. |
| 3/27/2025 | APB | 5.9 | 550 | $3,245.00 | Review transcript of hearing on motion to reconsider in preparation for today's hearing on motion for sanctions; review J. McClellan hearing outline; internal meeting |

10

| Date | Timekeeper | Time | Rate | Amount Charged | Time Description |
|---|---|---|---|---|---|
| | | | | | with J. McClellan and T. Ford to continue preparing for same; attend hearing; attention to service of order granting motion for sanctions; serve R. Baker and draft certificate of service. |
| | | | TOTAL | $59,331.00 | |

5. After reviewing the foregoing time entries, totaling the amount together, and deducting the 15% courtesy discount being provided to Ms. Earthman, the time entries reflect a total of $50,431.35 in attorneys' fees. Our work on this matter has entailed, among other tasks, legal research, drafting court filings, communication among counsel, and preparation for and attendance of two separate evidentiary hearings before the Court. All of these activities were reasonable and necessary in order to compel the discovery Ms. Earthman is seeking from Ms. Whiting and seek sanctions against Mr. Baker.

6. In addition to the foregoing, the firm incurred the following associated out-of-pocket expenses for a total of $1,397.40:

| Date | Amount | Narrative | Bill Note |
|---|---|---|---|
| 3/18/2025 | $300.20 | Easy Serve; Service of Subpoena | EASY Invoice # 9072-33293601 |
| 3/20/2025 | $827.00 | LEXITAS; Transcript of Transcription of Hearing taken Feb 24, 2025 | 2001 Invoice # 1002801658878 |
| 3/28/2025 | $270.20 | Easy Serve; Service of Subpoena | EASY Invoice # 9072-33326701 |

7. I have reviewed Texas Disciplinary Rule of Professional Conduct 1.04(b) and the factors set forth in *In re First Colonial Corporation of America*, 544 F.2d 1291 (5th Cir. 1977), and it is my opinion that the time spent on this matter was necessary to represent Ms. Earthman's

11

2839692

interests and that the fees assessed were reasonable in light of the aforementioned factors and my own personal experience representing clients in Texas on similar matters.

## JURAT

My name is Amy Parker Beeson, my date of birth is November 2, 1979, and my address is 1221 McKinney Street, Suite 4500, Houston, Texas 77010.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, State of Texas on the 29th day of May, 2025.

*/s/ Amy Parker Beeson*
Amy Parker Beeson, Declarant